# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

WILLIAM WAYNE LEE, JR.

NO. 2025 KW 1086

**DECEMBER 30, 2025**

---

In Re:   William Wayne Lee, Jr., applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, No. 370993.

---

**BEFORE:   LANIER, WOLFE, AND HESTER, JJ.**

**WRIT DENIED.**

**WIL
EW
CHH**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT